AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | | |
|---|---|---|
| United States | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  25-cr-00339-MEF |
| Kirstyn Pearl | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Kirstyn Pearl                                                                                         .

Date:   07/24/2025                                       /s/ Janelle Geddes
                                                         *Attorney's signature*

                                       Janelle Geddes (D.C. Bar No. 888273448)
                                                *Printed name and bar number*

                                              Kropf Moseley Schmitt PLLC
                                                  1100 H Street NW
                                                     Suite 1220
                                                Washington DC 20005
                                                       *Address*

                                                janelle@kmlawfirm.com
                                                    *E-mail address*

                                                   (202) 627-6900
                                                  *Telephone number*

                                                     *FAX number*