# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 2:25-cr-00339-MEF |
| ) | |
| KIRSTYN PEARL ) | |
| ) | |
| *Defendant* ) | |
| ) | |

## NOTICE OF DEFENDANT KIRSTYN PEARL'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR A BILL OF PARTICULARS

**PLEASE TAKE NOTICE** that, Defendant Kirstyn Pearl, by and through her counsel, Kropf Moseley Schmitt PLLC, shall move the Honorable Michael E. Farbiarz, United States District Judge for the District of New Jersey, for an entry of an order that dismisses with prejudice all the counts of the Indictment against her. In support of this motion, Ms. Pearl shall rely upon the accompanying Memorandum of Law filed with this notice. Oral argument is requested.

A proposed order is included with this notice.

August 8, 2025                                    Respectfully submitted

/s/ Sara E. Kropf
Sara Kropf
Janelle Geddes
Kropf Moseley Schmitt PLLC
1100 H Street NW, Suite 1220
Washington, DC 20005
(202) 627-6900
sara@kmlawfirm.com
janelle@kmlawfirm.com

*Counsel to Kirstyn Pearl*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Case No.: 2:25-cr-00339-MEF |
| ) | |
| KIRSTYN PEARL ) | |
| ) | |
| *Defendant* ) | |
| ) | |

**[PROPOSED] ORDER**

THIS MATTER having come before the court upon the motion of Defendant Kirstyn Pearl, pursuant to Fed. R. Crim. P. 12 for dismissal of charges against Pearl contained in the May 22, 2025, Indictment (ECF No. 10), and the court having considered the submissions of counsel and other good cause appearing,

IT IS on this ____ day of _____, 2025 ORDERED that Defendant Kirstyn Pearl's motion to dismiss is hereby GRANTED; and

IT IS FURTHER ORDERED that the charges against Pearl in the May 22, 2025, Indictment are DISMISSED with prejudice.

_____
Judge Michael E. Farbiarz

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2025, I caused a true and correct copy of the foregoing to be served by electronic means, via the Court's CM/ECF system, on all counsel of record.

/s/ Sara E. Kropf
Sara E. Kropf