**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 2:25-cr-00339-MEF |
| | ) | |
| KIRSTYN PEARL | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

## <u>NOTICE OF DEFENDANT KIRSTYN PEARL'S MOTION TO SUPPRESS</u>

**PLEASE TAKE NOTICE** that, Defendant Kirstyn Pearl, by and through her counsel,

Kropf Moseley Schmitt PLLC, shall move the Honorable Michael E. Farbiarz, United States

District Judge for the District of New Jersey, for an entry of an order that suppresses the fruit of

the search warrant to Apple in this case. In support of this motion, Ms. Pearl shall rely upon the

accompanying Memorandum of Law. Oral argument is requested.

Because this filing discusses and attaches Disclosure Materials, counsel is filing only this

notice and proposed order on the public docket and will serve counsel and Chambers with a

complete copy via electronic mail to follow the Protective Order.

August 8, 2025                                    Respectfully submitted

                                        /s/ Sara E. Kropf
                                        Sara Kropf
                                        Janelle Geddes
                                        Kropf Moseley Schmitt PLLC
                                        1100 H Street NW, Suite 1220
                                        Washington, DC 20005
                                        (202) 627-6900
                                        sara@kmlawfirm.com
                                        janelle@kmlawfirm.com

                                        *Counsel to Kirstyn Pearl*

**UNITED STATES DISTRCT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| | ) | |
| v. | ) | Case No.: 2:25-cr-00339-MEF |
| | ) | |
| KIRSTYN PEARL | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

**[PROPOSED] ORDER**

THIS MATTER having come before the court upon the motion of Defendant Kirstyn

Pearl, pursuant to Fed. R. Crim. P. 41 to suppress the fruits of the search warrant, and the court

having considered the submissions of counsel and other good cause appearing,

IT IS on this _____ day of _____, 2025 ORDERED that Defendant Kirstyn Pearl's

motion to suppress is hereby GRANTED.

_____
Judge Michael E. Farbiarz

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2025, I caused a true and correct copy of the foregoing notice to be served by electronic means, via the Court's CM/ECF system, on all counsel of record. A complete copy of the memorandum of law and attachments will be sent via electronic mail to Chambers and all counsel of record.

/s/ Sara E. Kropf
Sara E. Kropf