UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Hon. Michael E. Farbiarz |
| v. | : | |
| | : | Crim. No. 25-339 |
| ROUZBEH "ROSS" HAGHIGHAT, | : | |
| BEHROUZ "BRUCE" HAGHIGHAT, | : | |
| KIRSTYN M. PEARL, | : | |
| SEYEDFARBOD "FABIO" SABZEVARI, | : | |
| JAMES D. ROBERGE | : | |

## [Proposed] ORDER

Upon consideration of Defendant Kirstyn M. Pearl's Motion to Dismiss and for a Bill of Particulars (ECF No. 80), and the United States' response, the Motion is DENIED.

It is so **ORDERED** at Newark, New Jersey on this ___ day of _____, 2025.

_____
The Honorable Michael E. Farbiarz
UNITED STATES DISTRICT JUDGE