# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Hon. Michael E. Farbiarz |
| v. | : | |
| | : | Crim. No. 25-339 |
| ROUZBEH "ROSS" HAGHIGHAT, | : | |
| BEHROUZ "BRUCE" HAGHIGHAT, | : | |
| KIRSTYN M. PEARL, | : | |
| SEYEDFARBOD "FABIO" SABZEVARI, | : | |
| JAMES D. ROBERGE | : | |

### Notice of the United States' Response to Defendant Pearl's Motion to Suppress
### (ECF No. 82)

The United States, through undersigned counsel, respectfully submits this notice of the submission of its brief in response to Defendant Pearl's Motion to Suppress (ECF No. 82). Because the filing discusses Disclosure Materials in detail, counsel is filing only this notice and proposed order on the public docket and will serve counsel and Chambers with a complete copy by email to accord with the Protective Order (ECF No. 52).

Dated: August 29, 2025                     Respectfully submitted,

                                                                 LORINDA I. LARYEA
                                                                  Acting Chief
                                                                  Fraud Section, Criminal Division
                                                                  U.S. Department of Justice

                                     By:     */s/ John J. Liolos*
                                                                  John J. Liolos, Trial Attorney
                                                                  Fraud Section, Criminal Division
                                                                  United States Department of Justice
                                                                  1400 New York Avenue, NW
                                                                  Washington, DC 20005
                                                                  John.Liolos@usdoj.gov
                                                                  (202) 768-2246