**CRIMINAL CASE APPEARANCE FORM**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.                                                                    **NOTICE OF APPEARANCE**

<u>Rouzbeh "Ross" Haghighat. *et al.*</u>                        Case No. 25-cr-339

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for       <u>  KIRSTYN PEARL       </u>
                                                                                        Name of Defendant

  I hereby certify under penalty of perjury that I am a member in good standing of the bar of the following Court(s) since the indicated year of admission and that I am not the subject of suspension or disbarment from any Court:

<u>Admitted in the State of New York, EDNY, SDNY</u>   <u>1986 (NYS), 2008 (EDNY), 2008 (SDNY)</u>
Court(s)                                                                             Year(s) of Admission

Date:  <u>September 12, 2025          </u>              <u>  *Paul T. Weinstein*         </u>
                                                                        Signature of Attorney

              <u>Paul T. Weinstein                     </u>
              Print Name
              <u>120 Broadway,   32nd Floor         </u>
              Address
              <u>New York, NY          10271        </u>
              City       State       Zip Code
              <u>212-238-3090          212-2383-100</u>
              Phone Number     Fax Number
              <u>pweinstein@emmetmarvin.com        </u>
              Email