UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,

      -against-

ROUZBEH "ROSS" HAGHIGHAT, ET. AL,
           Defendant.

Case No. 2:25-cr-00339-MEF

**MOTION TO SUBSTITUTE COUNSEL**

      Defendant Kirstyn Pearl, through the undersigned counsel, hereby moves the Court to permit entry of the Stipulation and Order of Substitution of Counsel, attached hereto as Exhibit A, permitting Sara Kropf and Janelle Geddes to withdraw as counsel for Kirstyn Pearl in this case and substituting Paul T. Weinstein as counsel for Ms. Pearl.

      As reflected in the attached order, Ms. Pearl's new counsel represents that this change in counsel will not affect the trial date of December 1, 2025.

Dated: September 12, 2025

By: /s/ Sara E. Kropf
      Sara Kropf
      Janelle Geddes
      Kropf Moseley Schmitt PLLC
      1100 H Street NW, Suite 1220
      Washington, DC 20005
      (202) 627-6900
      sara@kmlawfirm.com
      janelle@kmlawfirm.com
      *Attorneys for Defendant Kirstyn*
      *Pearl*

I HEREBY CERTIFY that on this 12 day of September, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECG system, which will serve a notice of electronic filing on all counsel of record:

By: /s/ Sara E. Kropf

Sara Kropf