UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>ROUZBEH "ROSS" HAGHIGHAT, ET. AL,<br>          Defendant. | Case No. 2:25-cr-00339-MEF<br><br>**STIPULATION AND ORDER OF SUBSTITUTION OF COUNSEL** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, as follows:

1. Defendant Kirstyn M. Pearl has retained Paul T. Weinstein as counsel in this matter. Mr. Weinstein has filed a notice of appearance for the representation of Ms. Pearl.

2. Sara Kropf and Janelle Geddes, present counsel for Ms. Pearl, are relieved as counsel.

3. Ms. Pearl's retention of Mr. Weinstein and Mr. Weinstein's substitution for Ms. Kropf and Ms. Geddes as Ms. Pearl's counsel will not affect the trial date in this case.

Dated: September 12, 2025

/s/ Paul Weinstein
Paul Weinstein
Emmet, Marvin & Martin LLP
120 Broadway, 32nd Floor
New York, NY 10271
(212)-238-3090
pweinstein@emmetmarvin.com
*Incoming Attorney for*
*Kirstyn Pearl*

/s/ Sara E. Kropf
Sara Kropf
Janelle Geddes
Kropf Moseley Schmitt PLLC
1100 H Street NW, Suite 1220
Washington, DC 20005
sara@kmlawfirm.com
*Outgoing Attorneys for Defendant*
*Defendant Kirstyn Pearl*

SO ORDERED: _____
                    Honorable Michael E. Farbiarz
                    United States District Judge
                    District of New Jersey