## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>KIRSTYN M. PEARL   )<br>)<br>*Defendant.*   )<br>) | Case No.: 25-cr-00339-MEF |

### NOTICE OF DEFENDANT KIRSTYN M. PEARL'S REPLY MEMORANDUM IN FURTHER SUPPORT OF HER MOTION TO SUPPRESS

**PLEASE TAKE NOTICE** that, Defendant Kirstyn M. Pearl, by and through her counsel, Emmet, Marvin & Martin, LLP, has moved the Honorable Michael E. Farbiarz, United States District Judge for the District of New Jersey, for an entry of an order that suppresses the fruit of the search warrant to Apple in this case. In support of this motion, Ms. Pearl shall rely upon the accompanying Reply Memorandum of Law. Oral argument is requested.

Because this filing discusses and attaches Disclosure Materials, counsel is filing only this notice and proposed order on the public docket and will serve counsel and Chambers with a complete copy via electronic mail to follow the Protective Order.

September 12, 2025

Respectfully submitted

/s/ Paul T. Weinstein
Paul T. Weinstein
Emmet, Marvin & Martin, LLP
120 Broadway, 32nd Fl.
New York, NY 10271
(212) 238-3090
pweinstein@emmetmarvin.com
*Counsel for Kirstyn M. Pearl*

# UNITED STATES DISTRCT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 25-cr-00339-MEF |
| ) | |
| KIRSTYN M. PEARL ) | |
| ) | |
| *Defendant.* ) | |

## [PROPOSED] ORDER

THIS MATTER having come before the court upon the motion of Defendant Kirstyn M. Pearl, pursuant to Fed. R. Crim. P. 41 to suppress the fruits of the search warrant, and the court having considered the submissions of counsel and other good cause appearing,

IT IS on this _____ day of _____, 2025 ORDERED that Defendant Kirstyn Pearl's motion to suppress is hereby GRANTED.

_____
Judge Michael E. Farbiarz

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 12, 2025, I caused a true and correct copy of the foregoing notice to be served by electronic means, via the Court's CM/ECF system, on all counsel of record. A complete copy of the memorandum of law and attachments will be sent via electronic mail to Chambers and all counsel of record.

      /s/ *Paul T. Weinstein*
      Paul T. Weinstein