**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** NEWARK  **DATE:** 9/18/2025
**JUDGE:  MICHAEL E. FARBIARZ**
**COURT REPORTER:** Lisa A. Larsen

**TITLE OF CASE:**  **DOCKET#** 25-339

United States of America
v.
Kirstyn Pearl

**APPEARANCES:**

John Liolos, AUSA
Sara Kropf, Esq. for defendant Pearl
Paul Weinstein, Esq. for defendant Pearl

**Nature of Proceedings**:  TELEPHONE CONFERENCE held on the record

Telephone conference held as to the pending application for substitution of counsel for defendant Pearl.

**Time Commenced:  9:45**
**Time Adjourned: 10:00**
**Total Time:  15 min**

 RoseMarie Olivieri
 SENIOR COURTROOM DEPUTY