## UNITED STATED DISTRICT COURT
## DISTRICT OF NEW JERSEY
## MINUTES OF PROCEEDINGS

**OFFICE:** NEWARK  **DATE:** 9/22/2025
**JUDGE:** MICHAEL E. FARBIARZ
**COURT REPORTER:** Lisa A. Larsen

**TITLE OF CASE:**  **DOCKET#** 2 5 - 3 3 9

United States of America
v.
Kirstyn Pearl

**APPEARANCES:**

John Liolos, AUSA
Sara Kropf, Esq. for defendant Pearl
Paul Weinstein, Esq. for defendant Pearl
Defendant present

**Nature of Proceedings**: TELEPHONE CONFERENCE held on the record

Telephone conference held as to the pending application for substitution of counsel for defendant Pearl.
Hearing continued to 9/25/25 at 11:00 a.m.

Transcript sealed until 9/29/2025.

**Time Commenced:** 1:00
**Time Adjourned:** 1:30
**Total Time:** 30 min

    RoseMarie Olivieri
    SENIOR COURTROOM DEPUTY