**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** NEWARK                                        **DATE:** 9/25/2025
**JUDGE: MICHAEL E. FARBIARZ**
**COURT REPORTER:** Lisa A. Larsen

**TITLE OF CASE:**                                        **DOCKET#** 2 5 - 3 3 9

United States of America
v.
Kirstyn Pearl

**APPEARANCES:**

John Liolos, AUSA
Jenelle Geddes, Esq. for defendant Pearl appearing for Sara Kropf, Esq.
Paul Weinstein, Esq. for defendant Pearl.
Adam Fee, Esq. for defendant Haghighat.
Defendant present

**Nature of Proceedings**: TELEPHONE CONFERENCE held on the record

Telephone conference held by Reams conference as to the pending application for substitution of counsel for defendant Pearl.
Court granted the request for substitution of counsel.

**Time Commenced:** 11:00
**Time Adjourned:** 11:30
**Total Time:** 30 min

                                                     RoseMarie Olivieri
                                                     SENIOR COURTROOM DEPUTY