UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,

-against-

ROUZBEH "ROSS" HAGHIGHAT, ET. AL,
           Defendant.

Case No. 2:25-cr-00339-MEF

**STIPULATION AND ORDER OF SUBSTITUTION OF COUNSEL**

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, as follows:

    1.    Defendant Kirstyn M. Pearl has retained Paul T. Weinstein as counsel in this matter. Mr. Weinstein has filed a notice of appearance for the representation of Ms. Pearl.

    2.    Sara Kropf and Janelle Geddes, present counsel for Ms. Pearl, are relieved as counsel.

    3.    Ms. Pearl's retention of Mr. Weinstein and Mr. Weinstein's substitution for Ms. Kropf and Ms. Geddes as Ms. Pearl's counsel will not affect the trial date in this case.

Dated: September 12, 2025

| | |
|---|---|
| /s/ Paul Weinstein | /s/ Sara E. Kropf |
| Paul Weinstein | Sara Kropf |
| Emmet, Marvin & Martin LLP | Janelle Geddes |
| 120 Broadway, 32nd Floor | Kropf Moseley Schmitt PLLC |
| New York, NY 10271 | 1100 H Street NW, Suite 1220 |
| (212)-238-3090 | Washington, DC 20005 |
| pweinstein@emmetmarvin.com | sara@kmlawfirm.com |
| *Incoming Attorney for* | *Outgoing Attorneys for Defendant* |
| *Kirstyn Pearl* | *Defendant Kirstyn Pearl* |

SO ORDERED: _____
                Honorable Michael E. Farbiarz
                United States District Judge
                District of New Jersey

              Date: 9/25/25