**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** NEWARK                                              **DATE:** 12/10/2025
**JUDGE:** MICHAEL E. FARBIARZ
**COURT REPORTER:** Lisa Larson/Tammera Witte

**TITLE OF CASE:**

**DOCKET # 25-339**

UNITED STATES OF AMERICA
       vs.
Rouzbeh Haghighat
Kirstyn Pearl
Seyedfarbod Sabzevari
James D. Roberge

**APPEARANCES:**

Tamara Livshiz, AUSA
John Liolos, AUSA
Adam Lee, Esq. for Rouzbeh Haghighat
Benjamin Nicholson, Esq. for Rouzbeh Haghighat
Larry Lustberg, Esq. for Seyedfarbod Sabzevari
Andrew Marino, Esq. for Seyedfarbod Sabzevari
Zack Intrater, Esq. for James Roberge
Daniela Manzi, Esq. for James Roberge
Paul Weinstein, Esq. for Kirstyn Pearl
Eric Mullery, Esq. for Kirstyn Pearl
Defendants present

**Nature of Proceedings**:

Trial w/jury continued before the Honorable Michael Farbiarz.
Jury not present.
Charge conference continued by telephone conference.

Trial w/jury adjourned until 12/11/2025 at 9:00 am.

Time Commenced:  3:30
Time Adjourned:  4:30
Total Time:  1:00

                                                    RoseMarie Olivieri
                                                    SENIOR COURTROOM DEPUTY