UNITED STATES DISTRICT COURT

DISTRICT of NEW JERSEY

UNITED STATES OF AMERICA

v.

Rouzbeh Haghighat

Kirstyn M. Pearl

Seyedfarbod Sabzevari

James D. Roberge

CR. __25cr339 (MEF)__

Jury Communication # __1__

For something to be considered a "tip" does MNPI need to be explicitly stated by the "tipper"?

DATE: __12.15.2025__

FOREPERSON: __[redacted]__