# UNITED STATES DISTRICT COURT

## DISTRICT of NEW JERSEY

UNITED STATES OF AMERICA

v.

Rouzbeh Haghighat

Kirstyn M. Pearl

Seyedfarbod Sabzevari

James D. Roberge

CR. _____ 25cr339 (MEF) _____

Jury Communication # _____ 2 _____

Can we have the transcripts for both the
prosecution + defenses' Closing arguments?

DATE: _____ 12.15, 2025 _____

FOREPERSON: _____