UNITED STATES DISTRICT COURT

DISTRICT of NEW JERSEY

UNITED STATES OF AMERICA   CR. ___25cr339 (MEF)___

v.           Jury Communication # __3__

Rouzbeh Haghighat

Kirstyn M. Pearl

Seyedfarbod Sabzevari

James D. Roberge

On page 22 of our jury instructions for Counts 2-17, it says there are 4 elements that need to be met. However, only 3 elements are listed. Is there another element to consider?

DATE: __12.16.2025__

FOREPERSON: __[redacted]__